IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | | |
|---|---|---|
| WALTER DAVIS, HOWARD DAVIS, MARY DAVIS, and TIMOTHY RAINEY, | * * * | |
| Plaintiffs, | * | |
| vs. | * | No. 1:09cv0067 SWW |
| | * * | |
| FEDERAL CROP INSURANCE CORPORATION and NAU COUNTRY INSURANCE COMPANY, | * * * * | |
| Defendants. | * | |

## ORDER

The agreed joint motion of the parties for dismissal [doc.#29] is hereby granted and the above-styled action is accordingly dismissed without prejudice to the rights of any of the parties named herein to re-file the same or any part thereof against any other party. Costs of court are taxed against the party incurring such costs.

IT IS SO ORDERED this 8th day of December 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE